UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| CHRISTOPHER SMITH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil No. 1:23-cv-00314-JDL |
| PENOBSCOT COUNTY JAIL, et al, | ) ) ) |
| Defendants, | ) |

## JUDGMENT

In accordance with the Order Accepting the Recommended Decision of the Magistrate Judge entered by Chief U.S. District Judge, Jon D. Levy on January 10, 2024,

JUDGMENT of dismissal with prejudice is hereby entered.

CHRISTA K. BERRY
CLERK

By:  /s/ Charity Pelletier
Deputy Clerk

Dated: January 10, 2024